# Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 524-2018-01113 |

__New Jersey Division On Civil Rights__ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Ms. Stephanie L. Jones
**Home Phone** (Incl. Area Code): (530) 899-8596
**Date of Birth**: 1961
**Street Address**: 1611 Spruce Avenue, Chico, CA 95926

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: FOX ROTHSCHILD LLP
**No. Employees, Members**: 500 or More
**Phone No.**: (973) 992-4800
**Street Address**: 49 Market Street, Morristown, NJ 07960

**DISCRIMINATION BASED ON** (Check appropriate box(es).):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 07-15-2013  Latest: 06-22-2017
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I was hired by the above-named employer, Respondent, on May 7, 1990 for the position of Librarian. I was most recently a Legal Administrative Assistant. I am a 57 year-old female.
I have been subjected to harassment and a hostile work environment by my supervisor, Michael Barabander. I complained about Mr. Barabander's abusive behavior on several occasions to Respondent and yet nothing was done to prevent or correct or his behavior. In fact, Respondent took measures to suppress my complaints such as directing me not to discuss my complaints over email. Despite being promoted into different roles on numerous occasions and receiving a raise nearly every year of my employment with Respondent, I was placed on a Performance Improvement Plan without warning or notice on June 15, 2017. On June 22, 2017, I was terminated for an incident that I had nothing to do with.
Based on the above information I believe I have been retaliated and discriminated against on the basis of sex (female) in violation of Title VII of the Civil Rights Act, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 6/5/18
Charging Party Signature: /s/ Stephanie Jones

**NOTARY** – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT: /s/ Stephanie Jones

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)



See Attached California Jurat
All-Purpose Acknowledgement
6/5/18, ZC, Notary Public