UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                )
STEPHANIE JONES,                                                )
                                                                )
        Plaintiff,                                              )   Case No. 1:19-cv-11573
                                                                )
v.                                                              )   Motion to Dismiss Plaintiff's
                                                                )   Complaint
FOX ROTHSCHILD LLP and                                          )
IAN W. SIMINOFF,                                                )
                                                                )
        Defendants.                                             )
---------------------------------------------------------------x

# DEFENDANT IAN W. SIMINOFF'S NOTICE OF MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Defendant Ian W. Siminoff will move this Court before the Honorable Alvin K. Hellerstein, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York 10007, at a date and time to be set by the Court, for an order dismissing all of Plaintiff's claims as against Mr. Siminoff, with prejudice, pursuant to Rules 12(b)(1), 12(b)(3), and 12(b)(6) of the Federal Rules of Civil Procedure because (i) there is no individual liability under Title VII of the Civil Rights Act of 1964; (ii) Plaintiff did not experience any discriminatory impact in New York City or State, and therefore, there is no jurisdiction for her claims under the New York State Human Rights Law or New York City Human Rights Law; (iii) Plaintiff's claim under the New Jersey Law Against Discrimination is time-barred; (iv) Plaintiff's common-law tort claims are time-barred

and/or barred under the New York and New Jersey workers' compensation laws; and

(v) the Southern District of New York is not the proper venue for this action.

Mr. Siminoff respectfully requests oral argument of this motion.

Dated:  New York, New York
        February 15, 2020

                PADUANO & WEINTRAUB LLP

                By: *s/ Meredith Cavallaro*
                    Meredith Cavallaro
                    Courtney Fain
                1251 Avenue of the Americas
                Ninth Floor
                New York, New York 10020
                (212) 785-9100
                mc@pwlawyers.com
                cf@pwlawyers.com

                Attorneys for Defendant Ian W. Siminoff

To:  Robert T. Vance, Jr., Esq.
     LAW OFFICES OF ROBERT T. VANCE, JR.
     100 South Broad Street, Suite 1525
     Philadelphia, Pennsylvania 19110
     (215) 557-9550
     rvance@vancelf.com

     Tyrone Anthony Blackburn, Esq.
     T.A. BLACKBURN LAW, PLLC
     1241 East 80th Street, 3rd Floor
     Brooklyn, New York 11236
     (347) 342-7432
     tyrone.a.blackburn@gmail.com

     *Attorneys for Plaintiff*


Kathleen McLeod Caminiti, Esq.
Rosemary Gousman, Esq.
FISHER & PHILLIPS, LLP (NJ)
430 Mountain Avenue
Murray Hill, New Jersey 07974
(908) 516-1050
kcaminiti@fisherphillips.com
rgousman@fisherphillips.com

*Attorneys for Defendant Fox Rothschild LLP*